# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2024

## NO. 03-23-00740-CV

**Appellants, Roy Ribelin and Otra Intereses LLC// Cross-Appellant, Miguelina Solorzano**

**v.**

**Appellee, Miguelina Solorzano// Cross-Appellees, Roy Ribelin and Otra Intereses LLC**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY AND THEOFANIS
### VACATED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on August 10, 2023. The parties have filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case for rendition of a new judgment in accordance with their settlement agreement. Therefore, the Court sets aside the trial court's judgment without regard to the merits and remands the case to the trial court for rendition of judgment in accordance with the parties' agreement. Both parties shall bear their own costs relating to this appeal, both in this Court and in the court below.